UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALLAS JOSHUA JAMES MYERS,<br><br>                 Plaintiff,<br><br>        v.<br><br>L. PULIDO, et al.,<br><br>                 Defendants. | 1:16-cv-00638-SAB PC<br><br>ORDER DISREGARDING MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT<br><br>(ECF No. 11) |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983.

On October 6, 2016, plaintiff filed an application to proceed in forma pauperis. Due to the fact that the court granted plaintiff's previous application to proceed in forma pauperis in the present case on May 22, 2016, IT IS HEREBY ORDERED THAT plaintiff's application to proceed in forma pauperis filed on October 6, 2016, is DISREGARDED AS MOOT.

IT IS SO ORDERED.

Dated:   **October 27, 2016**

UNITED STATES MAGISTRATE JUDGE

1