# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALLAS J. MYERS,<br><br>   Plaintiff,<br><br>  v.<br><br>L. PULIDO, et al.,<br><br>   Defendants. | Case No.  1:16-cv-00638-SAB-PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR COURT TO ACCEPT DOCUMENTS THAT SUPPORT CLAIM ON COMPLAINT<br><br>[ECF No. 15] |

  Plaintiff is a state prisoner proceeding pro se and in forma pauperis pursuant to 42 U.S.C. § 1983.  Plaintiff has consented to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c). (ECF No. 6.)

  Currently before the Court is Plaintiff's motion for the Court to accept documents that support his claim on complaint. (ECF No. 15.) Plaintiff states that he is sending papers to the Clerk of the Court that support his lawsuit, and asks the Court to accept them.

  Plaintiff's motion is denied. Plaintiff is advised that the Court cannot serve as a repository for the parties' evidence. Originals or copies of evidence (i.e., prison or medical records, witness affidavits, etc.) should not be submitted until the course of litigation brings the evidence into question (for example, on a motion for summary judgment, at trial, or when requested by the court).

1    Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for the Court to accept
2 documents that support his claim on complaint (ECF No. 15) is DENIED.

IT IS SO ORDERED.

Dated:   **November 2, 2016**

UNITED STATES MAGISTRATE JUDGE