# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALLAS JOSHUA JAMES MYERS,<br><br>        Plaintiff,<br><br>  v.<br><br>L. PULIDO,<br><br>        Defendant. | Case No.: 1:16-cv-00638-SAB (PC)<br><br>ORDER RE-CAPTIONING CASE |

    Plaintiff Dallas Joshua James Myers is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    On September 29, 2016, all defendants except L. Pulido were dismissed from this action. Accordingly, the Court HEREBY ORDERS that the caption shall be amended as reflected and listed above.

IT IS SO ORDERED.

Dated:   **November 17, 2016**

UNITED STATES MAGISTRATE JUDGE