# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALLAS JOSHUA JAMES MYERS,<br><br>   Plaintiff,<br><br> v.<br><br>L. PULIDO,<br><br>   Defendant. | Case No.: 1:16-cv-00638-AWI-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO RE-SERVE DISCOVERY AND SCHEDULING ORDER<br><br>(ECF No. 24) |

  Plaintiff Dallas Joshua James Myers is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed a notice dated January 8, 2017, stating that he never received the Discovery and Scheduling Order issued December 22, 2017. (ECF No. 25.) The notice indicates that Plaintiff's address has not changed.

  Mailing delays due to the federal holidays may have caused Plaintiff's notice and the Discovery and Scheduling Order to cross in the mail. Nevertheless, in an abundance of caution and to ensure Plaintiff has notice of the deadlines in this matter, it is HEREBY ORDERED that the Clerk of the Court shall re-serve the December 22, 2016 Discovery and Scheduling Order (ECF No. 24) on Plaintiff.

IT IS SO ORDERED.

Dated:  **January 13, 2017**             _____
                            UNITED STATES MAGISTRATE JUDGE