# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALLAS J. MYERS,<br><br>                    Plaintiff,<br><br>         v.<br><br>L. PULIDO,<br><br>                    Defendant. | Case No.  1:16-cv-00638-AWI-SAB (PC)<br><br>ORDER REGARDING PLAINTIFF'S NOTICE CONCERNING FILING FEES<br><br>(ECF No. 29) |

Plaintiff Dallas J. Myers is a state prisoner proceeding pro se and in forma pauperis pursuant to 42 U.S.C. § 1983. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636(1)(B) and Local Rule 302.

Currently before the Court is Plaintiff's notice and motion regarding whether he would be required to pay the PLRA filing fees in this case if he wins his suit, or whether Defendant Pulido would be required to pay those fees. Plaintiff also asks whether any money won in this suit could be paid elsewhere or whether it would go "on my books" to be paid towards the filing fee. (ECF No. 29.)

As has been previously explained to Plaintiff, the entire $350.00 filing fee for this action is statutorily required, and must be collected from Plaintiff's institutional account, regardless of the outcome of this action and even if Plaintiff elects to dismiss this action. See, e.g., Vartanpour v. Neven, No. 215-CV-00951-JAD-CWH, 2016 WL 589669, at *1 (D. Nev. Feb. 10, 2016). To the extent Plaintiff is requesting a fee waiver depending on the outcome of this suit, it is denied.

1    Plaintiff is further advised that, to the extent he seeks assistance from the Court regarding
2 the manner in which his PLRA filing fees can be paid from a judgment in this action, the Court
3 does not issue advisory opinions or provide legal advice.

IT IS SO ORDERED.

Dated:   **March 24, 2017**

UNITED STATES MAGISTRATE JUDGE