
FILED
JUN 12 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALLAS JOSHUA JAMES MYERS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>J. PULIDO,<br><br>　　　　Defendant. | Case No.: 1:16-cv-0638-AWI-SAB (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE DALLAS JOSHUA JAMES MYERS, CDCR #AX-7238<br><br>[ECF No. 37] |

A settlement conference in this matter commenced on June 9, 2017, inmate Dallas Joshua James Myers, CDCR #AX-7238, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

Dated: **June 9, 2017**

　　　　　　　　　　　　　　　　　　　　　　/s/ _____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1