# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALLAS JOSHUA JAMES MYERS,<br><br>    Plaintiff,<br><br>v.<br><br>L. PULIDO,<br><br>    Defendant. | Case No.: 1:16-CV-00638-AWI.SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO TERMINATE PENDING MOTIONS AND DEADLINES, AND CLOSE CASE<br><br>[ECF No. 48] |

Plaintiff Dallas J. Myers is a state prisoner proceeding pro se and in forma pauperis pursuant to 42 U.S.C. § 1983.

On June 14, 2017, the parties submitted a stipulation of voluntary dismissal, with prejudice and with each party to bear its own litigation costs and attorney's fees. Therefore, this action has been terminated, and dismissed with prejudice and without an award of costs or attorneys' fees. Fed. R. Civ. P. 41(a)(1)(A)(ii); <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997).

Accordingly, the Clerk of the Court is HEREBY ORDERED to terminate all pending motions and deadlines, close the file in this case, and adjust the docket to reflect voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure Rule 41(a).

IT IS SO ORDERED.

Dated: **June 15, 2017**

UNITED STATES MAGISTRATE JUDGE