# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALLAS JOSHUA JAMES MYERS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>L. PULIDO,<br><br>　　　　Defendant. | Case No.: 1:16-CV-00638-AWI.SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST TO BE TRANSPORTED TO MULE CREEK STATE PRISON<br>(ECF No. 50)<br><br>ORDER DIRECTING CLERK OF COURT TO EMAIL ORDERS TO CSP-CORCORAN TRANSPORT OFFICIALS |

A settlement conference commenced in this matter on June 9, 2017 at the California State Prison, Corcoran (CSP-COR), 4001 King Avenue, Corcoran, CA 93212. Plaintiff was transported from Mule Creek State Prison to CSP-COR for that proceeding, pursuant to an order and writ of habeas corpus ad testificandum. (ECF No. 37.)

On June 9, 2017, after the settlement conference, the Court issued an order immediately discharging the writ of habeas corpus ad testificandum as to Plaintiff, as his presence at CSP-COR was no longer needed. (ECF No. 46.)

Currently before the Court is Plaintiff's notice to be transported, dated June 14, 2017. (ECF No. 50.) Plaintiff states that he is still at CSP-COR, and he seeks a new order so that he can be transported back to Mule Creek State Prison.

As noted above, the order and writ of habeas corpus ad testificandum as to inmate Dallas Joshua James Myers, CDCR #AX-7238, has been discharged by order of the Court, dated June 9, 2017. (ECF No. 46.) Plaintiff may therefore be returned to Mule Creek State Prison, in a manner that is consistent with any safety and security concerns of the prison officials.

The Court will direct the Clerk of the Court to serve a copy of this order and the order of discharge the CDCR officials at CSP-COR in charge of transportation, to ensure that they are aware that Plaintiff may be returned to Mule Creek State Prison.

Accordingly, it is HEREBY ORDERED:

1. Plaintiff's request for an order directing he be transported back to Mule Creek State Prison (ECF No. 50) is GRANTED. Plaintiff may be transported back to Mule Creek State Prison, as previously ordered by the Court;

2. The Clerk of the Court is directed to email a copy of this order, and a copy of the order discharging writ of habeas corpus ad testificandum as to inmate Dallas Joshua James Myers (ECF No. 37), to the transportation officials at CSP-Corcoran.

IT IS SO ORDERED.

Dated: **June 20, 2017**

UNITED STATES MAGISTRATE JUDGE