# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| DALLAS JOSHUA JAMES MYERS, | Case No. 1:16-cv-00638-AWI-SAB (PC) |
|---|---|
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION AND DIRECTING DEFENDANTS TO SERVE PLAINTIFF WITH A COPY OF SIGNED SETTLEMENT AGREEMENT |
| v. | |
| L. PULIDO, | (ECF No. 53) |
| Defendants. | FIVE DAY DEADLINE |

On June 9, 2017, Magistrate Judge Michael J. Seng conducted a settlement conference during which the parties settled this action. (ECF No. 47.) On June 16, 2017, the matter was dismissed after the parties filed a stipulation based upon the resolution of the action. (ECF Nos. 48, 49.)

On July 5, 2017, Plaintiff Myers filed a motion requesting a copy of the settlement agreement signed by the parties for his records stating that he did not receive a signed copy of the settlement agreement. (ECF No. 53.) Based on the foregoing, Defendants are HEREBY ORDERED to serve Plaintiff with a signed copy of the settlement agreement within five days of the date of service of this order.

IT IS SO ORDERED.

Dated: **July 10, 2017**

UNITED STATES MAGISTRATE JUDGE

1