**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DALLAS JOSHUA JAMES MYERS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>L. PULIDO,<br><br>　　　　Defendant. | Case No.: 1:16-cv-00638-AWI-SAB (PC)<br><br>ORDER REGARDING NOTICE TO THE COURT TO RECEIVE SETTLEMENT MONEY<br><br>(ECF Nos. 58) |

Plaintiff Dallas J. Myers is a state prisoner appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On June 14, 2017, the parties stipulated to a voluntary dismissal of this action, and thus this matter was terminated and dismissed with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). (ECF Nos. 48, 49.)

Currently before the Court is Plaintiff's document entitled, "Notice to the Court to Receive Settlement Money," filed on August 21, 2017. (ECF No. 58.) Plaintiff states in the notice that he has not received his settlement funds, and would like to know the reason for the delay. The Court recommends that Plaintiff contact defense counsel regarding any questions involving the processing of his settlement.

Plaintiff further requests an order directing that he receive his settlement money within thirty (30) days, subject to a penalty against Defendants of $100 per day until the settlement is paid.

///

1

As the Court has no jurisdiction to modify the terms of the settlement agreement in this dismissed action, Plaintiff's motion is HEREBY DENIED. Plaintiff is reminded that the terms of settlement stated on the record were as follows: "Funds to be distributed to Plaintiff at the earliest opportunity, but in no event more than 180 days from [June 9, 2017.]"

IT IS SO ORDERED.

Dated: **August 23, 2017**

_____
UNITED STATES MAGISTRATE JUDGE